KAEMPFER CROWELL
Anthony J. Celeste, No. 8776
Isabella Goldsmith, No. 16870
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: aceleste@kcnvlaw.com
Email: igoldsmith@kcnvlaw.com

Attorneys for Defendant
GGP Ala Moana, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SF HAWAII 88, LLC, a Nevada limited liability company, LAURENCE RUDOLPH, an individual, JENNIFER RUDOLPH, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GGP ALA MOANA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:25-cv-01778-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE OR ANSWER TO AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs SF Hawaii 88, LLC ("SF Hawaii 88"), Laurence Rudolph and Jennifer Rudolph (collectively "Plaintiffs") and Defendant GGP Ala Monana, LLC ("Ala Moana"), hereby stipulate and agree to a 38-day extension of time from November 28, 2025 to January 5, 2026, for Ala Moana to answer or respond to the First Amended Complaint [ECF No. 9] as follows:

1. On September 22, 2025, SF Hawaii 88 initiated the above-captioned case by filing its Complaint [ECF No. 1] against Ala Moana.

2. On October 10, 2025, SF Hawaii 88 served the Complaint and Summons upon Ala Moana.

3. On October 30, 2025, Ala Moana moved to dismiss the Complaint or in the alternative transfer venue [ECF Nos. 5–6].

4. On November 13, 2025, Plaintiffs filed and electronically served a First Amended Complaint [ECF No. 9].

5. The deadline for Ala Moana to respond to Plaintiffs' First Amended Complaint is currently set for November 28, 2025. Fed. R. Civ. P. 6(a)(1)(C) and 15(a)(3).

6. Cause exists for the requested 38-day extension because the parties are engaged in settlement discussions aimed at resolving this matter.

7. The parties agree to allow Ala Moana an extension of time up to and including January 5, 2026, within which to answer or otherwise respond to the First Amended Complaint.

8. This first request for an extension of time to respond to the First Amended Complaint is in the spirit of efficiency for both the parties and the Court.

9. The parties submit this Stipulation in good faith and not for any improper purpose.

| | |
|---|---|
| DICKINSON WRIGHT PLLC | KAEMPFER CROWELL |
| /s/ Michael N. Feder | *[signature]* |
| Michael N. Feder, No 7332 | Anthony J. Celeste, No. 8776 |
| Gabriel A. Blumberg, No. 12332 | Isabella Goldsmith, No. 16870 |
| 3883 Howard Hughes Parkway, Suite 800 | 1980 Festival Plaza Drive, Suite 650 |
| Las Vegas, Nevada 89169 | Las Vegas, Nevada 89135 |
| -and– | |
| ENARA LAW PLLC | Attorneys for Defendant |
| Michael A. Piescik, No. 133224 | GGP Ala Moana, LLC |
| 8275 S. Eastern Avenue, Suite 200 | |
| Las Vegas, Nevada 89129 | |

Attorneys for Plaintiffs
SF Hawaii 88, LLC, Laurence and Jennifer Rudolph

**IT IS SO ORDERED:**

*[signature]*
UNITED STATES MAGISTRATE JUDGE

DATED: November 26, 2025.

###